IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARILYN LOIS TREVINO,** | CIV S-07-1700-LKK-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **SISKIYOU SUPERIOR COURT, et al.,** | |
| Respondents. | |

Upon considering Respondents' request, and good cause appearing, Respondents shall have an additional 30 days, to and including January 28, 2008, to file a response to the petition for writ of habeas corpus.

DATED: January 3, 2008

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

07cv1700.trevino -- eot order.wpd
SA2007304795

Order

1