IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARILYN LOIS TREVINO,** | CIV S-07-1700-LKK-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **SISKIYOU SUPERIOR COURT, et al.,** | |
| Respondents. | |

Upon considering Respondents' request, and good cause appearing, Respondents shall have an additional 30 days, to and including February 27, 2008, to file a response to the petition for writ of habeas corpus.

DATED: January 30, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

Order

1

1
2
3
4
5   07cv1700.trevino - 2d eot.wpd
    SA2007304795
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order

2